Law Office of Mary F. Chapman, Ltd.
Mary F. Chapman, Esq.
Nevada Bar No. 6591
8440 W. Lake Mead Blvd.
Suite 203
Las Vegas, Nevada 89128
(702)202-4223
(702)202-2003
maryf.chapman@juno.com
Attorney for Plaintiff

JACKSON LEWIS P.C.
Deverie J. Christensen, Esq.
Phillip C. Thompson, Esq.
300 S. Fourth Street
Suite 900
Las Vegas, Nevada 89101
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SHERION D. PHILLIPS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SOUTHWEST GAS CORPORATION a ) <br> Foreign Corporation licensed ) <br> to do business in Nevada, ) <br> ) <br> Defendant. ) <br> _____) | 2:19-cv-02026-RFB-BNW <br><br> **JOINT STIPULATION TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Sherion D. Phillips and Defendant Southwest Gas Corporation, by and through their respective counsel of record, that this matter be dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Dated: September 16, 2021

                                            Respectfully submitted,
                                            Law Office of Mary F. Chapman, Ltd.

                                            /S/ Mary F. Chapman, Esq.
                                            Mary F. Chapman, Esq.
                                            8440 W. Lake Mead Blvd., Ste. 203
                                            Las Vegas, Nevada 89128

THE LAW OFFICES OF MARY F. CHAPMAN, LTD
8440 W. Lake Mead Blvd.
Suite 203
Las Vegas, Nevada 89128
Ph. (702) 202-4223
Fax (702) 202-2003

JACKSON LEWIS P.C.

/S/ Phillip C. Thompson, Esq.
Deverie J. Christensen, Esq.
Phillip C. Thompson, Esq.
300 S. Fourth Street
Suite 900
Las Vegas, Nevada 89101

IT IS SO ORDERED.

Dated this 18th day of September, 2021.

RICHARD E. BOULWARE, II
United States District Court

- 2 -